UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

STEVE HUNT

              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-367( 1 )

Defendant __STEVE HUNT__ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

__X__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Steve Hunt__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Christopher Booth__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__8/5/2020__
Date

__Judge C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge