```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

STEVE HUNT,

              Defendant,

S1 20 CR 367 (02) (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    A review of the docket reveals that Defendant Steve Hunt is charged with (1) conspiring to commit robbery in violation of 18 U.S.C. § 1951, (2) attempting to commit robbery in violation of 18 U.S.C. §§ 1951 and 2, and (3) brandishing a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (2); Defendant has been detained since July 9, 2020; and Defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement.

    In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible despite judicial system delays due to the COVID-19 pandemic, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Steve Hunt be permitted to change his plea by video teleconference or by telephone conference before a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the plea hearing for Defendant Steve Hunt by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned.

Dated:   February 19, 2021
           White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE