UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Plaintiff,                  **MEMORANDUM**

   -against-                                       20 Cr. 367 (NSR)

STEVE HUNT,

                           Defendant.
------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the March 5, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 19, 2021
       White Plains, New York

                                                   Respectfully Submitted,

                                                   _____
                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge